HAMILTON TRUST COMPANY, Appellant, *v.* THE ATLAS IMPROVEMENT COMPANY et al., Respondents.

(Submitted September 27, 1915; decided October 5, 1915.)

MOTION to amend remittitur. (See 215 N. Y. 746.)

Motion granted and remittitur amended so as to read that "the judgment of the Appellate Division of the Supreme Court appealed from in this action, be in all things affirmed. And it is further ordered and adjudged that the respondent, The People's Trust Company, as receiver, etc., recover against the appellant costs of appeal to this court."

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant and Respondent, *v.* STATE BOARD OF TAX COMMISSIONERS, Respondent and Appellant.

(Submitted September 27, 1915; decided October 5, 1915.)

MOTION to amend remittitur. (See 215 N. Y. 434.)

Motion granted and remittitur amended so as to read that the order of the Appellate Division and Special Term of the Supreme Court herein be reversed, and the report of the referee confirmed, and relator's assessment reduced to the sum of thirty-seven thousand, seventy-eight and $\frac{88}{100}$ dollars ($37,078.88), with costs to the relator in this court and the Appellate Division.